SUR PETITION FOR REHEARING
March 4, 1997
The petition for rehearing filed by the appellant, Christine Jackson, in the above captioned matter having been submitted to the judges who participated in the decision of this court and to all the other available circuit judges of the court in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the circuit judges of the circuit in regular active service not having voted for rehearing by the court en banc, the petition for rehearing is denied.
Judge Becker would grant rehearing by the court en banc for the reasons set forth in his dissenting opinion. Judge Stapleton, Judge Seirica, Judge Nygaard, Judge Lewis, and Judge McKee would grant rehearing by the court en bane.